## BROWN v. THE STATE.

LUMPKIN, J. 1. The evidence supported the verdict.

2. The newly discovered evidence was cumulative or impeaching; no sufficient reason appears why most, if not all, of it was not, or could not, by the exercise of due diligence, have been known to the accused before the trial; and no reason appears for granting a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted December 1, 1906.—Decided January 15, 1907.

Indictment for assault and battery. Before Judge Geiger. City court of Mount Vernon. October 9, 1906.

*William B. Kent,* for plaintiff in error.

*W. M. Lewis, solicitor,* contra.